UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHANNON STAFFORD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-CV-02147 |
| | § | |
| HARRIS COUNTY, CONSTABLE SILVIA TREVINO, CONSTABLE J. CHAIREZ, HOUSTON POLICE DEPARTMENT, AND HARRIS COUNTY SHERIFF'S OFFICE, | § § § § § § | |
| Defendants. | § | |

# FINAL JUDGMENT

In accordance with the Memorandum and Order signed today and the Order of Partial Dismissal entered on October 17, 2022, (Dkt. No. 10), the Court finds that the Plaintiff Shannon Stafford fails to state a claim on which relief can be granted, and Defendants are entitled to judgment as a matter of law.

Accordingly, Stafford shall take nothing by his claims against Defendants, and his claims are **DISMISSED WITHOUT PREJUDICE**. All relief requested by Stafford is denied. All relief not expressly granted herein is denied.

This is a **FINAL JUDGMENT**.

Signed on September 26, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**